# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700274

_____

## UNITED STATES OF AMERICA
Appellee

v.

## XAVIER K. JOHNSON
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major John L. Ferriter, USMC.
Convening Authority: Commanding Officer, Combat Logistics
Regiment 15, 1st Marine Logistics Group, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Michael J. McDonald,
USMC.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 December 2017

_____

Before MARKS, WOODARD, and STINSON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court